UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-
                                                                                15-cv-8637 (LAK)
                                                                (03-cr-1364 (LAK))

DUANE E. BEATY,

                             Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Second Circuit has granted defendant leave to file a successive 28 U.S.C. § 2255 motion [DI 199]. The government's response to defendant's motion shall be filed within 60 days of the date of this order. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

       SO ORDERED.

Dated:      August 27, 2020

                                                            Lewis A. Kaplan
                                                     United States District Judge