

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 23, 2022

**BY CM/ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/22

    Re: **United States v. Otis Parkes**
         **Docket No. 03 Cr. 1364 (LAK)**

Dear Judge Kaplan:

    The Government respectfully writes to request 60 days to respond to defendant Otis Parkes's motion to vacate, dated November 23, 2022 (the "Motion"). The defendant argues in the Motion to Vacate that he is entitled to relief on his successive Section 2255 motion because of the Supreme Court's decisions in *United States v. Davis*, 139 S. St. 2339 (2019), and *United States v. Taylor*, 142 S. Ct. 2015 (2022). The Government opposes the Motion. The undersigned respectfully requests 60 days to respond due to an anticipated three to four week trial in *United States v. Constantine, et al.*, 21 Cr. 530 (SHS) set to commence on November 28, 2022.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney
                           Southern District of New York

                           /s/ Danielle M. Kudla
                           Danielle M. Kudla
                           Assistant United States Attorney
                           (212) 637-2304

cc:    Daniel Habib, Esq. (by ECF)

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
12/1/22