Copies mailed to Movant
Chambers of Judge Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DUANE BEATY,

                Movant,

     -against-

United States of America,

                Respondent.
------------------------------------x

22-cv-8206 (LAK)

[03-cr-1364 (LAK)]

### ORDER

LEWIS A. KAPLAN, *District Judge.*

      Duane Beaty moves, *pro se*, to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1] The government shall respond by July 1, 2024.

      SO ORDERED.

Dated:     May 14, 2024

                                                   Lewis A. Kaplan
                                           United States District Judge

---

[1] Dkt 1.