USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
DUANE BEATY,

                Movant,

    -against-

                22-cv-8206 (LAK)
                23-cv-06011 (LAK)
                [03-cr-1364 (LAK)]

United States of America,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    Movant shall file any reply papers in support of his successive motion under 28 U.S.C. 2255 no later than July 31, 2024.

    SO ORDERED.

Dated:    July 2, 2024

                                            _____
                                            Lewis A. Kaplan
                                          United States District Judge