AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

| | |
|---|---|
| DUANE BEATY | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 1:1-cv-08596-LAK |
| UNITED STATES OF AMERICA | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: United States Penitentiary Victorville
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:   NA

My gross pay or wages are: $ _____NA_____ , and my take-home pay or wages are: $ _NA_ per
*(specify pay period)* _____NA_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*   NA

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NA

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NA

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NA

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NA

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
*Applicant's signature*

_____
*Printed name*

## Inmate Statement

PRINT

| | |
|---|---|
| Inmate Reg #: | 55887054 |
| Inmate Name: | BEATY, DUANE |
| Report Date: | 09/17/2024 |
| Report Time: | 9:47:59 AM |

| | |
|---|---|
| Current Institution: | Victorville - FCC |
| Housing Unit: | VIP-E-A |
| Living Quarters: | E51-123L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 9/16/2024 12:35:40 PM | TL0916 | | | TRUL Withdrawal | ($30.00) | | $527.43 |
| VIM | 9/16/2024 7:06:34 AM | 33324260 | | | Western Union | $150.00 | | $557.43 |
| VIM | 9/16/2024 7:06:34 AM | 33324260 | | | Pre-Release Transaction | | ($150.00) | -------- |
| VIM | 9/10/2024 9:34:14 AM | TL0910 | | | TRUL Withdrawal | ($30.00) | | $407.43 |
| VIM | 9/8/2024 2:43:13 PM | TL092024 | | | Pre-Release Transaction | | $200.00 | -------- |
| VIM | 9/7/2024 6:49:32 PM | TL0907 | | | TRUL Withdrawal | ($30.00) | | $437.43 |
| VIM | 9/6/2024 8:44:28 AM | TL0906 | | | TRUL Withdrawal | ($30.00) | | $467.43 |
| VIM | 9/4/2024 1:14:58 PM | TL0904 | | | TRUL Withdrawal | ($30.00) | | $497.43 |
| VIM | 8/30/2024 9:29:50 AM | TL0830 | | | TRUL Withdrawal | ($30.00) | | $527.43 |
| VIM | 8/28/2024 12:17:28 PM | TL0828 | | | TRUL Withdrawal | ($30.00) | | $557.43 |
| VIM | 8/28/2024 12:17:14 PM | TL082024 | | | Pre-Release Transaction | | $70.00 | -------- |
| VIM | 8/17/2024 2:06:38 PM | 33324230 | | | Western Union | $200.00 | | $587.43 |
| VIM | 8/17/2024 2:06:38 PM | 33324230 | | | Pre-Release Transaction | | ($200.00) | -------- |
| VIM | 8/16/2024 11:35:38 AM | TL0816 | | | TRUL Withdrawal | ($30.00) | | $387.43 |
| VIM | 8/16/2024 9:06:51 AM | 33324229 | | | Western Union | $150.00 | | $417.43 |
| VIM | 8/16/2024 9:06:51 AM | 33324229 | | | Pre-Release Transaction | | ($150.00) | -------- |
| VIM | 8/15/2024 11:54:07 AM | TL0815 | | | TRUL Withdrawal | ($30.00) | | $267.43 |
| VIM | 8/15/2024 11:53:50 AM | TL082024 | | | Pre-Release Transaction | | $60.00 | -------- |
| VIM | 8/12/2024 1:05:26 PM | TL082024 | | | Pre-Release Transaction | | $20.00 | -------- |
| VIM | 8/6/2024 6:28:04 PM | TL0806 | | | TRUL Withdrawal | ($10.00) | | $297.43 |
| VIM | 8/6/2024 12:18:26 PM | TL0806 | | | TRUL Withdrawal | ($30.00) | | $307.43 |
| VIM | 8/6/2024 12:17:55 PM | TL082024 | | | Pre-Release Transaction | | $40.00 | -------- |
| VIM | 8/2/2024 9:24:11 AM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $337.43 |
| VIM | 8/2/2024 9:23:56 AM | TL082024 | | | Pre-Release Transaction | | $30.00 | -------- |
| VIM | 7/27/2024 1:01:49 PM | TL0727 | | | TRUL Withdrawal | ($30.00) | | $367.43 |
| VIM | 7/27/2024 1:01:34 PM | TL072024 | | | Pre-Release Transaction | | $30.00 | -------- |
| VIM | 7/21/2024 9:07:53 AM | TL0721 | | | TRUL Withdrawal | ($30.00) | | $397.43 |
| VIM | 7/17/2024 8:52:58 AM | TL0717 | | | TRUL Withdrawal | ($30.00) | | $427.43 |
| VIM | 7/15/2024 5:27:42 PM | TL0715 | | | TRUL Withdrawal | ($30.00) | | $457.43 |
| VIM | 7/15/2024 5:27:27 PM | TL072024 | | | Pre-Release Transaction | | $250.00 | -------- |
| VIM | 7/15/2024 11:04:16 AM | 33 | | | Sales | ($423.30) | | $487.43 |
| VIM | 7/15/2024 11:03:47 AM | 32 | | | Sales | $0.00 | | $910.73 |
| VIM | 7/12/2024 12:12:41 PM | 33324194 | | | Western Union | $150.00 | | $910.73 |
| VIM | 7/12/2024 12:12:41 PM | 33324194 | | | Pre-Release Transaction | | ($150.00) | -------- |
| VIM | 7/6/2024 9:08:48 AM | TL0706 | | | TRUL Withdrawal | ($30.00) | | $760.73 |
| VIM | 7/6/2024 8:19:37 AM | TL0706 | | | TRUL Withdrawal | ($30.00) | | $790.73 |
| VIM | 7/5/2024 7:19:39 PM | TL0705 | | | TRUL Withdrawal | ($30.00) | | $820.73 |
| VIM | 7/5/2024 7:19:23 PM | TL072024 | | | Pre-Release Transaction | | $100.00 | -------- |
| VIM | 6/24/2024 2:05:20 PM | TL0624 | | | TRUL Withdrawal | ($30.00) | | $850.73 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIM | 6/21/2024 10:39:51 AM | TL0621 | | | TRUL Withdrawal | ($30.00) | | $880.73 |
| VIM | 6/21/2024 9:09:35 AM | TL0621 | | | TRUL Withdrawal | ($30.00) | | $910.73 |
| VIM | 6/21/2024 8:38:59 AM | TL0621 | | | TRUL Withdrawal | ($30.00) | | $940.73 |
| VIM | 6/21/2024 8:38:42 AM | TL062024 | | | Pre-Release Transaction | | $200.00 | -------- |
| VIM | 6/20/2024 9:03:20 AM | TL062024 | | | Pre-Release Transaction | | $150.00 | -------- |
| VIM | 6/13/2024 3:06:08 PM | 33324165 | | | Western Union | $150.00 | | $970.73 |
| VIM | 6/13/2024 3:06:08 PM | 33324165 | | | Pre-Release Transaction | | ($150.00) | -------- |
| VIM | 6/11/2024 12:07:30 PM | 2796 | | | BP 199 Request - Released | | $300.00 | -------- |
| VIM | 6/11/2024 12:07:30 PM | 2796 | 1649 | | Gift | ($300.00) | | $820.73 |
| VIM | 5/28/2024 6:04:13 PM | TL0528 | | | TRUL Withdrawal | ($30.00) | | $1,120.73 |
| VIM | 5/27/2024 5:59:52 PM | 2796 | | | BP 199 Request | | ($300.00) | -------- |

1 2 3

**Total Transactions: 111**

| | | |
|---|---|---|
| **Totals:** | $527.43 | ($250.00) |

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $277.43 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $527.43 |
| **Totals:** | **$277.43** | **$250.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | $527.43 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $800.00 | $3,515.55 | $1,373.92 | $587.43 | $509.84 | N/A | N/A |

## Inmate Statement

PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 55887054 | Current Institution: Victorville - FCC |
| Inmate Name: | BEATY, DUANE | Housing Unit: VIP-E-A |
| Report Date: | 09/17/2024 | Living Quarters: E51-123L |
| Report Time: | 9:48:31 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 5/27/2024 5:59:16 PM | 2781 | | | BP 199 Request - Released | | $250.00 | -------- |
| VIM | 5/26/2024 8:31:10 PM | TL0526 | | | TRUL Withdrawal | ($30.00) | | $1,150.73 |
| VIM | 5/26/2024 1:03:24 PM | TL0526 | | | TRUL Withdrawal | ($30.00) | | $1,180.73 |
| VIM | 5/26/2024 12:39:39 PM | 2781 | | | BP 199 Request | | ($250.00) | -------- |
| VIM | 5/25/2024 8:01:34 PM | TL052024 | | | Pre-Release Transaction | | $400.00 | -------- |
| VIM | 5/22/2024 8:51:52 AM | 20 | | | Sales | ($373.85) | | $1,210.73 |
| VIM | 5/21/2024 12:39:23 PM | 2640 | | | BP 199 Request - Released | | $150.00 | -------- |
| VIM | 5/21/2024 12:39:23 PM | 2640 | 1530 | | Gift | ($150.00) | | $1,584.58 |
| VIM | 5/19/2024 11:49:13 AM | TL0519 | | | TRUL Withdrawal | ($30.00) | | $1,734.58 |
| VIM | 5/18/2024 11:44:00 AM | TL0518 | | | TRUL Withdrawal | ($30.00) | | $1,764.58 |
| VIM | 5/17/2024 9:33:57 AM | TL0517 | | | TRUL Withdrawal | ($30.00) | | $1,794.58 |
| VIM | 5/15/2024 7:18:20 PM | TL052024 | | | Pre-Release Transaction | | $150.00 | -------- |
| VIM | 5/15/2024 7:17:57 PM | 2640 | | | BP 199 Request | | ($150.00) | -------- |
| VIM | 5/15/2024 6:46:36 PM | TL052024 | | | Pre-Release Transaction | | ($150.00) | -------- |
| VIM | 5/15/2024 5:11:02 PM | TL0515 | | | TRUL Withdrawal | ($30.00) | | $1,824.58 |
| VIM | 5/15/2024 1:02:30 PM | TL0515 | | | TRUL Withdrawal | ($30.00) | | $1,854.58 |
| VIM | 5/15/2024 12:08:38 PM | TL0515 | | | TRUL Withdrawal | ($30.00) | | $1,884.58 |
| VIM | 5/11/2024 3:00:08 AM | 2126 | | | BP 199 Request - Released | | $400.00 | -------- |
| VIM | 5/8/2024 12:53:48 PM | TL0508 | | | TRUL Withdrawal | ($30.00) | | $1,914.58 |
| VIM | 5/3/2024 10:27:32 AM | 2125 | | | BP 199 Request - Released | | $499.00 | -------- |
| VIM | 5/3/2024 10:27:32 AM | 2125 | 1391 | | Gift | ($499.00) | | $1,944.58 |
| VIM | 4/29/2024 10:28:36 AM | TL0429 | | | TRUL Withdrawal | ($30.00) | | $2,443.58 |
| VIM | 4/29/2024 9:06:47 AM | TL0429 | | | TRUL Withdrawal | ($30.00) | | $2,473.58 |
| VIM | 4/27/2024 2:43:28 PM | TL0427 | | | TRUL Withdrawal | ($5.00) | | $2,503.58 |
| VIM | 4/27/2024 1:42:54 PM | TL0427 | | | TRUL Withdrawal | ($15.00) | | $2,508.58 |
| VIM | 4/24/2024 6:24:12 PM | TL0424 | | | TRUL Withdrawal | ($30.00) | | $2,523.58 |
| VIM | 4/23/2024 5:52:34 PM | TL0423 | | | TRUL Withdrawal | ($30.00) | | $2,553.58 |
| VIM | 4/23/2024 2:21:50 PM | TL0423 | | | TRUL Withdrawal | ($30.00) | | $2,583.58 |
| VIM | 4/23/2024 6:32:26 AM | TL0423 | | | TRUL Withdrawal | ($30.00) | | $2,613.58 |
| VIM | 4/22/2024 12:19:23 PM | TL0422 | | | TRUL Withdrawal | ($30.00) | | $2,643.58 |
| VIM | 4/22/2024 10:37:18 AM | 32 | | | Sales | ($207.40) | | $2,673.58 |
| VIM | 4/19/2024 5:58:19 PM | TL0419 | | | TRUL Withdrawal | ($30.00) | | $2,880.98 |
| VIM | 4/13/2024 1:05:10 PM | TL0413 | | | TRUL Withdrawal | ($30.00) | | $2,910.98 |
| VIM | 4/13/2024 12:20:48 PM | TL0413 | | | TRUL Withdrawal | ($30.00) | | $2,940.98 |
| VIM | 4/13/2024 9:34:40 AM | TL0413 | | | TRUL Withdrawal | ($30.00) | | $2,970.98 |
| VIM | 4/10/2024 3:04:07 PM | TL042024 | | | Pre-Release Transaction | | $1,000.00 | -------- |
| VIM | 4/10/2024 12:58:12 PM | 2126 | | | BP 199 Request | | ($400.00) | -------- |
| VIM | 4/10/2024 12:57:47 PM | 2125 | | | BP 199 Request | | ($499.00) | -------- |
| VIM | 4/9/2024 11:14:23 AM | TL0409 | | | TRUL Withdrawal | ($30.00) | | $3,000.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VIM | 4/8/2024 3:16:13 PM | TL0408 | | TRUL Withdrawal | ($30.00) | $3,030.98 |
| VIM | 3/30/2024 9:14:39 AM | TL0330 | | TRUL Withdrawal | ($30.00) | $3,060.98 |
| VIM | 3/29/2024 2:47:13 PM | ZICP0324 | | Inmate Co-pay | ($2.00) | $3,090.98 |
| VIM | 3/26/2024 2:23:13 PM | TL0326 | | TRUL Withdrawal | ($30.00) | $3,092.98 |
| VIM | 3/26/2024 1:49:20 PM | TL0326 | | TRUL Withdrawal | ($30.00) | $3,122.98 |
| VIM | 3/20/2024 6:47:29 AM | TL0320 | | TRUL Withdrawal | ($30.00) | $3,152.98 |
| VIM | 3/19/2024 8:40:38 PM | TL0319 | | TRUL Withdrawal | ($30.00) | $3,182.98 |
| VIM | 3/19/2024 12:05:37 PM | TL0319 | | TRUL Withdrawal | ($30.00) | $3,212.98 |
| VIM | 3/13/2024 11:32:11 AM | | 1033 | Gift | ($450.00) | $3,242.98 |
| VIM | 3/13/2024 10:05:05 AM | 31 | | Sales | ($228.45) | $3,692.98 |
| VIM | 3/7/2024 2:32:09 PM | ZICP0324 | | Inmate Co-pay | ($2.00) | $3,921.43 |

1 2 3

**Total Transactions: 111**

**Totals:** $527.43     ($250.00)

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $277.43 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $527.43 |
| **Totals:** | **$277.43** | **$250.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$527.43** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |